# UNITED STATES BANKRUPTCY COURT
### Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

---

Case No.: 19−42067−pjs
Chapter: 13

In Re: (NAME OF DEBTOR(S))
    Todd Hamilton Richert
    22245 Rhys Dr
    Macomb, MI 48042

Social Security No.:
    xxx−xx−4143

Employer's Tax I.D. No.:

---

## ORDER DISCHARGING DEBTOR AFTER COMPLETION OF CHAPTER 13 PLAN

*IT IS ORDERED THAT: A discharge under 11 U.S.C. § 1328(a) is granted to:*

    ***Todd Hamilton Richert***

*The court finds that:*

1. The plan has been confirmed;
2. All allowed claims have been paid in accordance with the plan; and
3. With respect to any secured claim which continues beyond the term of the plan, any pre−petition or post−petition defaults have been cured;

*The court directs that:*

1. Any creditor who held a secured claim that was fully paid must execute and deliver to the debtor a release, termination statement, discharge of mortgage or other appropriate certificate suitable for recording; and
2. Any creditor who holds a secured claim that continues beyond the term of the plan must take no action inconsistent with the above findings.

Dated: 12/2/20

                        BY THE COURT

                        _____/s/ Phillip J Shefferly_____
                        United States Bankruptcy Judge

**Page 1 of 2**

*Explanation of Bankruptcy Discharge in a Chapter 13 Case*
This order does not close or dismiss the case.

*Creditors cannot collect discharged debts*
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11.U.S.C. § 524(f).

*Most debts are discharged*
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

*Some debts are not discharged*
Examples of debts that are not discharged are:

- debts that are domestic support obligations;
- debts for most student loans;
- debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)(C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;
- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;
- some debts which the debtors did not properly list;
- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;
- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;
- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and
- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

***This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.***

In re:                                                                                    Case No. 19-42067-pjs

Todd Hamilton Richert                                                                     Chapter 13

      Debtor(s)

# CERTIFICATE OF NOTICE

| District/off: 0645-2 | User: admin | Page 1 of 4 |
|---|---|---|
| Date Rcvd: Dec 03, 2020 | Form ID: 3180W | Total Noticed: 46 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4). |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 05, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Todd Hamilton Richert, 22245 Rhys Dr, Macomb, MI 48042-3822 |
| 26017034 | + | ACAR Leasing LTD d/b/a GM Financial Leasing, P.O. Box 183853, Arlington, TX 76096-3853 |
| 25979892 | + | Capital One, PO Box 8803, Wilmington, DE 19899-8803 |
| 25774167 | + | Credit Union ONE, 400 E 9 Mile Road, Ferndale, MI 48220-1774 |
| 25979894 | | Credit Union One, 400 E. Nine Mile Road, Ferndale, MI 48220-1774 |
| 25774169 | + | Dovenmuehle Mortgage, 1 Corporate Dr STE 360, Lake Zurich, IL 60047-8945 |
| 25979895 | + | Elan Estates Association, c/o Obrien Association Management, 42816 Mound Rd., Sterling Heights, MI 48314-3256 |
| 25774170 | + | FNB Omaha, PO Box 3412, Omaha, NE 68103-0412 |
| 25979896 | + | Katie Richert, 21411 Le Fleur Drive, Macomb, MI 48044-4443 |
| 26072777 | + | Matrix Financial Services Corporation, 1 Corporate Drive Ste 360, Lake Zurich, IL 60047-8945 |
| 25979897 | | MiSDU, PO Box 30354, Lansing, MI 48909-7854 |
| 25979899 | ++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982 address filed with court:, PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 25774171 | | PNC Bank, PO Box 489909, Charlotte, NC 28269 |
| 26044868 | + | Steinberg Shapiro & Clark, 25925 Telegraph Road, Suite 203, Southfield, MI 48033-2527 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 25774160 | | Email/Text: bankruptcy@alliantcreditunion.com | Dec 03 2020 23:30:00 | Alliant Credit Union, 11545 W TOUHY AVE, CHICAGO, IL 60666 |
| 25979890 | | Email/Text: bankruptcy@alliantcreditunion.com | Dec 03 2020 23:30:00 | Alliant Credit Union, PO Box 66945, 11545 W. Touhy Ave., Chicago, IL 60666-0945 |
| 25774159 | + | Email/Text: backoffice@affirm.com | Dec 03 2020 23:30:00 | Affirm, 650 California ST FL 12, San Francisco, CA 94108-2716 |
| 25992091 | | EDI: BECKLEE.COM | Dec 04 2020 02:58:00 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 25774161 | + | EDI: AMEREXPR.COM | Dec 04 2020 02:58:00 | American.Express, PO Box 297871, Fort Lauderdale, FL 33329-7871 |
| 25774162 | | EDI: BANKAMER.COM | Dec 04 2020 02:58:00 | Bank of America, PO BOX 982238, EL PASO, TX 79998 |
| 25774163 | + | EDI: TSYS2.COM | Dec 04 2020 02:58:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 25774164 | + | EDI: CITICORP.COM | Dec 04 2020 02:58:00 | Best Buy/CBNA, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 25979893 | | EDI: CAPITALONE.COM | Dec 04 2020 02:58:00 | Capital One, c/o TSYS Debt Management, PO Box 5155, Norcross, GA 30091 |
| 25774165 | | EDI: CAPITALONE.COM | Dec 04 2020 02:58:00 | Capital One Bank, 15000 Capital One Dr, Richmond, VA 23238 |

| 25979891 | EDI: CAPITALONE.COM | | |
| | | Dec 04 2020 02:58:00 | Capital One, PO Box 34631, Seattle, WA 98124-1631 |
| 26012190 | EDI: CAPITALONE.COM | | |
| | | Dec 04 2020 02:58:00 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 25774166 | + EDI: CHRM.COM | | |
| | | Dec 04 2020 02:58:00 | Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 26088977 | + EDI: CITICORP.COM | | |
| | | Dec 04 2020 02:58:00 | Citibank, N.A., 701 East 60th Street North, Sioux Falls, SD 57104-0493 |
| 25774168 | EDI: DISCOVER.COM | | |
| | | Dec 04 2020 02:58:00 | Discover Financial, PO Box 15316 7, Wilmington, DE 19850 |
| 26155966 | + EDI: DTEE.COM | | |
| | | Dec 04 2020 02:58:00 | DTE Energy, One Energy Plaza WCB 735, Detroit, MI 48226-1221 |
| 26155967 | EDI: DTEE.COM | | |
| | | Dec 04 2020 02:58:00 | DTE Energy Bankruptcy Dept, One Energy Plaza, 2160 WCB, Detroit, MI 48226 |
| 25991008 | + EDI: DISCOVER.COM | | |
| | | Dec 04 2020 02:58:00 | Discover Bank, Discover Product Inc, PO BOX 3025, New Albany, OH 43054-3025 |
| 25774172 | + EDI: AGFINANCE.COM | | |
| | | Dec 04 2020 02:58:00 | ONEMAIN, PO Box 1010, Evansville, IN 47706-1010 |
| 25979898 | EDI: AGFINANCE.COM | | |
| | | Dec 04 2020 02:58:00 | One Main Financial, PO Box 183172, Columbus, OH 43218-3172 |
| 26043775 | EDI: AGFINANCE.COM | | |
| | | Dec 04 2020 02:58:00 | OneMain, PO Box 3251, Evansville, IN 47731-3251 |
| 25979899 | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | Dec 03 2020 23:29:00 | PNC Bank, PO Box 3180, Pittsburgh, PA 15230 |
| 26212179 | EDI: PRA.COM | | |
| | | Dec 04 2020 02:58:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 25771616 | + EDI: PRA.COM | | |
| | | Dec 04 2020 02:58:00 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 26178216 | + EDI: CHRM.COM | | |
| | | Dec 04 2020 02:58:00 | Santander Consumer USA Inc., d/b/a/ Chrysler Capital as servicer, for CCAP Auto Lease Ltd., Chrysler Capital, PO Box 961275, Fort Worth, TX 76161-0275 |
| 26088051 | + EDI: CHRM.COM | | |
| | | Dec 04 2020 02:58:00 | Santander Consumer USA Inc. d/b/a/ Chrysler Capita, P.O. BOX 961275, FORT WORTH, TX 76161-0275 |
| 25774173 | + EDI: RMSC.COM | | |
| | | Dec 04 2020 02:58:00 | Syncb/Amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 26088138 | + EDI: RMSC.COM | | |
| | | Dec 04 2020 02:58:00 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 25774175 | EDI: AISTMBL.COM | | |
| | | Dec 04 2020 02:58:00 | TMobile Bankruptcy Team, PO Box 53410, Bellevue, WA 98015-3410 |
| 25993460 | EDI: AIS.COM | | |
| | | Dec 04 2020 02:58:00 | T Mobile/T-Mobile USA Inc, by American InfoSource as agent, PO Box 248848, Oklahoma City, OK 73124-8848 |
| 25774174 | + EDI: CITICORP.COM | | |
| | | Dec 04 2020 02:58:00 | THD/CBNA, PO Box 6497, Sioux Falls, SD 57117-6497 |
| 25774176 | + EDI: WFFC.COM | | |
| | | Dec 04 2020 02:58:00 | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |
| 26058142 | EDI: WFFC.COM | | |
| | | Dec 04 2020 02:58:00 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 25995137 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 05, 2020          Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 2, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Athena J. Aitas | on behalf of Creditor Matrix Financial Services Corporation easternecf@trottlaw.com mitrottlaw@ecf.courtdrive.com |
| Cheryl Cook | on behalf of Creditor Alliant Credit Union bknotices-edm@potestivolaw.com |
| Christopher E. Frank | on behalf of Creditor Credit Union One ECFBK@leducfrank.com |
| Craig S. Schoenherr, Sr. | on behalf of Creditor Santander Consumer USA Inc ecf@orlaw.com |
| Craig S. Schoenherr, Sr. | on behalf of Plaintiff Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecf@orlaw.com |
| Crystal L. Price-Buckley | on behalf of Creditor Matrix Financial Services Corporation easternecf@trottlaw.com mitrottlaw@ecf.courtdrive.com |
| David Wm Ruskin | ecf-emails@det13.com |
| Heather R. Burnard | on behalf of Creditor Matrix Financial Services Corporation EasternECF@Trottlaw.com |
| Jason Patrick Smalarz | on behalf of Debtor Todd Hamilton Richert jsmalarz@glmpc.com jsmalarz@ecf.courtdrive.com |
| Jason Patrick Smalarz | on behalf of Defendant Todd Hamilton Richert jsmalarz@glmpc.com jsmalarz@ecf.courtdrive.com |
| John C. Lange | on behalf of Debtor Todd Hamilton Richert jlange@glmpc.com jlange@ecf.courtdrive.com |
| Nathan D. Petrusak | on behalf of Plaintiff Santander Consumer USA Inc. dba Chrysler Capital as servicer for CCAP Auto Lease Ltd. ecf@orlaw.com npetrusak@orlaw.com;atauck@orlaw.com |
| Robert J. Shefferly | on behalf of Creditor Matrix Financial Services Corporation Easternecf@trottlaw.com mitrottlaw@ecf.courtdrive.com |
| Steven J. Cohen | |

on behalf of Creditor American Express National Bank Steve@lgcpllc.com

Tracy M. Clark

on behalf of Trustee Homer W. McClarty clark@steinbergshapiro.com

TOTAL: 15